JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA MARTINEZ, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MEAD JOHNSON & COMPANY, LLC,<br><br>    Defendant. | Case No. 5:22-cv-00213-JWH-SHK<br><br>**JUDGMENT** |

Pursuant to the "Order on Defendant's Motion to Dismiss [ECF No. 38]" and "Order Granting Plaintiff's Motion to Dismiss Count Eight [ECF No. 43]," and in accordance with Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 5 U.S.C. §§ 701, *et seq*.

2. The operative pleading is the complaint (the "Complaint") [ECF No. 1] of Plaintiff Cecilia Martinez, individually, and on behalf of all others similarly situated.

3. Defendant Mead Johnson & Company, LLC shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Martinez. Plaintiff Martinez shall take nothing by way of her Complaint. This action is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 17, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE